IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

WILLIAM BYER, JR., ESTATE OF  :
DAVID C. LEE, SR. BY WILLIAM  :  Case No. 3:01cv389
BYER, JR. PERSONAL  :
REPRESENTATIVE  :
 :
       Plaintiff(s),  :  JUDGE WALTER HERBERT RICE
- vs -  :
 :
SCHNEIDER NATIONAL INC., et.al.  :
 :
       Defendant(s).  :
 :

**ORDER**

It is hereby ordered that the above captioned cause be administratively processed.

December 20, 2011

                                                 WALTER HERBERT RICE, JUDGE
                                                 UNITED STATES DISTRICT COURT

AOProcessing/"Case settled.  Final dismissal to be filed after approval by Probate Court."