IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| WILLIAM BYER, JR., ESTATE OF DAVID C. LEE, SR. BY WILLIAM BYER, JR. PERSONAL REPRESENTATIVE | Case No. 3:01cv389 |
| Plaintiff(s), | JUDGE WALTER HERBERT RICE |
| - vs - | |
| SCHNEIDER NATIONAL INC., et.al. | |
| Defendant(s). | |

## ORDER

It is hereby ordered that the above captioned cause be administratively processed.

December 20, 2011

WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

AOProcessing/"Case settled. Final dismissal to be filed after approval by Probate Court."